**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |  |
|---|---|---|
| ROSFEL GARZA, #01181215, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-322-JDK-JDL |
| LORIE DAVIS, et al., | § § § | |
| Defendants. | § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

This action was referred to United States Magistrate Judge John D. Love.  On November 12, 2020, Plaintiff moved for a temporary restraining order, seeking to bar Defendants from retaliating against Plaintiff for filing this civil action or filing prison grievances.  Docket No. 28.  Judge Love issued a Report and Recommendation recommending that the Court deny the motion.  Docket No. 29.  Plaintiff objected to the Report and Recommendation on December 10, 2020.  Docket No. 37.

Where a party objects within fourteen days of service of the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

1

Here, Plaintiff's objections fail to address the shortcomings in his motion cited in the Report and Recommendation—specifically, Plaintiff's failure to address any of the four prerequisites for a preliminary injunction or temporary restraining order. Accordingly, the Court has determined that the Report and Recommendation is correct, and the objections are without merit.

The Court therefore **OVERRULES** Plaintiff's objections (Docket No. 37) and **ADOPTS** the Report and Recommendation of the Magistrate Judge (Docket No. 29) as the opinion of the District Court.  It is further **ORDERED** that Plaintiff's motion for a temporary restraining order (Docket No. 28) is **DENIED**.

So **ORDERED** and **SIGNED** this **29th** day of **December, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE