IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROSFEL GARZA, #01181215, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:20-CV-322 |
| § | |
| LORIE DAVIS, ET AL., § | |
| § | |
| *Defendants*. § | |

**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF**

This action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Docket No. 57) concluding that Plaintiff's motion for temporary restraining order (Docket No. 56) should be denied. Plaintiff has filed objections. Docket No. 59.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a *de novo* review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

The Court has conducted a careful de novo review of the record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1) (explaining the district judge shall "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Having reviewed the Report and Plaintiff's

1

objections, the Court has determined that the Report is correct, and the objections are without merit. It is accordingly

  **ORDERED** that the Report and Recommendation (Docket No. 57) is **ADOPTED**. It is further

  **ORDERED** that the motion for temporary restraining order (Docket No. 56) is **DENIED**.

  So **ORDERED** and **SIGNED** this **25th** day of **March, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE